STATE OF NEW JERSEY v. RESORTS INTERNATIONAL
HOTEL, INC.

June 12, 1980.

Petition for certification denied.   (See 173 *N.J.Super.* 290)

ADRIENNE E. PETERSEN v. RUSSELL PETERSEN.

June 12, 1980.

Petition for certification granted.   (See 172 *N.J.Super.* 304)

HEER–LENWAL REALTY, INC. v. TOWNSHIP OF MARL-
BORO ZONING BOARD OF ADJUSTMENT.

June 12, 1980.

Petition for certification denied.